IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE REYNOLDS,<br><br>    Plaintiff,<br><br>  v.<br><br>DOES I THROUGH V ET AL,<br><br>    Defendant.<br>    _____/ | No. C-05-05201 EDL<br><br>**ORDER TO SHOW CAUSE** |

    Plaintiff filed his complaint on December 15, 2005. On April 18, 2006, during the initial Case Management Conference, plaintiff informed the Court that he had not yet served any defendant in this action because he planned to amend his complaint to name additional defendants. At the conclusion of the Conference, the Court ordered plaintiff to "file and serve [his] amended complaint within thirty days" and issued Civil Minutes (see Docket No. 6) documenting this order. Accordingly, plaintiff was required to file and serve his amended complaint on or before May 18, 2006. Plaintiff did not file his amended complaint until June 9, 2006, and still has not served any defendant. Accordingly, plaintiff is ordered to show cause as to why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The show cause hearing is scheduled for June 27, 2006 at 10:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. If, before the show cause hearing date, plaintiff serves defendants, the hearing will be vacated.

//

//

//

The Court accordingly continues the Case Management Conference scheduled for June 13, 2006 until August 8, 2006.

**IT IS SO ORDERED.**

Dated: June 12, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge

2