IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE REYNOLDS, | No. C-05-05201 EDL |
| Plaintiff, | **ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |
| v. | |
| GERARD VERBECK, et al., | |
| Defendants. | |

Plaintiff represents that Defendants will most likely have been served by June 27, 2006. The Court accordingly continues the hearing on its Order to Show Cause until June 30, 2006 at 10:30 a.m. The Court shall vacate the hearing if Plaintiff files the proofs of service showing that each named Defendant in this case has been served before 4:00 p.m. on June 29, 2006. If one or more of the named Defendants has not been served and there is no good cause, the Court intends to dismiss them from this action.

**IT IS SO ORDERED.**

Dated: June 26, 2006

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge