1  EDWIN J. WILSON, JR., No. 48881
   TODD BOLEY, No. 68119
2  ERICKSON, BEASLEY, HEWITT & WILSON LLP
   483 Ninth Street, Suite 200
3  Oakland, California 94607
   Telephone: (510) 839-3448; Fax: (510) 839-1622
4
   Attorneys for Defendants
5  GERALD VERBECK and DEPUTY MINEO

6

7

8          IN THE UNITED STATES DISTRICT COURT

9      IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  LAWRENCE REYNOLDS,                )  Case No. C 05-05201 CRB
                                      )
12              Plaintiff,            )  Date:   August 18, 2006
                                      )  Time:  8:30 a.m.
13  v.                                )  Dept:   Courtroom 8
                                      )
14  GERALD VERBECK, DOES I through V, )  ~~PROPOSED~~ ORDER RE
    individually and as agents for THE CITY OF )  STIPULATION RE CONTINUANCE OF
15  DUBLIN, a municipality; M. FORBES, L.V.N., )  CASE MANAGEMENT CONFERENCE
    and BAYANI AZUCENAS, R.N., employees )
16  of PRISON HEALTH SERVICES, INC., a )  Trial Date: None Set
    corporation and contractor of Alameda County; )  Judge:   Charles R. Breyer
17  DEPUTY MINEO, an employee of Alameda )
    County; DOES VI through X, individually and )
18  as agents of ALAMEDA COUNTY; and )
    HOME DEPOT, a foreign corporation, )
19                                    )
                Defendants.           )
20  _____  )

21          The parties, through their respective counsel have stipulate and jointly requested that the Case

22  Management Conference scheduled for August 18, 2006 be continued to September 22, 2006, or

23  such date thereafter as the Court deems appropriate.

24          The Court has determined that the pending motions scheduled for September 22, 2006 will

25  have a significant impact in determining what, if any, parties will remain in the action and what

26  issues will be left to manage.  The Court further finds that the parties' efforts to meet and confer

27  regarding relevant case management issues will be more fruitful after receiving the Court's guidance

28  following the rulings on pending motions.

1    Good cause appearing therefore, the Court grants the parties request to continue the

2    August 18, 2006 case management conference and the case management conference is continued to
                                                                        at 10:00 a.m.
3    _ September 22, _____, 2006, to aiiow the parties to meet and confer and to file an updated

4    Joint Case Management Conference addressing the issues remaining in the case.

5    **IT IS SO ORDERED.**

6

7    Dated:___ August 17, 2006 _____          _____

8                                              Judge of the District Court

9    Q:\Alameda County\Reynolds 1457\Pld\Order.Continuing.CMC.wpd

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER RE STIPULATION RE              2                    C 05-05201 CRB
CONTINUANCE OF CMC