P

THOMAS M. BURTON (035856)
5820 Stoneridge Mall Road, Suite 100
Pleasanton, CA 94588
(925) 484-3233, (801) 918-1656
(925) 847-2001
P.O. Box 17120
Salt Lake City, Utah 84117
(801) 918-1656
(801) 281-1487

Attorney for Plaintiff.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE REYNOLDS, | ) | NO. CV-05-05201 CRB |
| | ) | |
| Plaintiff | ) | **REQUEST AND DELCARATION TO FILE OPPOSITION TO MOTION TO DISMISS AND FOR SUMMARY JUDGMENT OUT OF TIME** |
| | ) | |
| Vs. | ) | |
| | ) | |
| GERALD VERBECK, DOES I through V., individually and as agents THE CITY OF DUBLIN, a municipality; M. FORBES, L.V.N. and BAYANI AZUCENAS, R.N., employees of PRISON HEALTH SERVICES, INC., a corporation and contractor of Alameda County; DEPUTY MINEO, an employee of Alameda County; DOES VI through X, individually and as agents of ALAMEDA COUNTY; and HOME DEPOT, a foreign corporation, | ) ) ) ) ) ) ) ) ) ) ) | The Honorable Charles R. Breyer<br><br>Date:      December 15, 2006<br>Time:      10:00 a.m.<br>Place:     Courtroom 8 |
| Defendants<br>_____/ | ) | |

1

CRAIG LESTER DECLARATION                                                                                          xxxx

Thomas M. Burton declares:

1. I am attorney of record for the plaintiff in the subject case and have personal knowledge of the facts stated in this declaration as to which I would be competent to testify if called as a witness.

2. I have temporarily lost track of the plaintiff, Lawrence Reynolds. I have checked with numerous sources for his latest whereabouts.  It has been several months since he contacted me.  He is somewhat itinerate because of losing his job and trying to find temporary work at various gas stations and at Macy's Department Store in Walnut Creek, where he might reappear for the Christmas holidays.  I apologize for the delay of this opposition and it will have to be filed without his declaration.

3. I am confident that I will locate him so that he will be available for purposes of discovery.

4. I request, therefore, permission to file the subject opposition out of time.

Executed under penalty of perjury under the laws of the State of California at Salt Lake City, Utah on November 30, 2006.

_____/s/_____
Thomas M. Burton



December 1, 2006

2

CRAIG LESTER DECLARATION                                                                                              xxxx