John F. Baum (SBN 148356)
Natasha J. Baker (SBN 226981)
Curiale Dellaverson Hirschfeld & Kraemer, LLP
727 Sansome Street
San Francisco, CA 94111
(415) 835-9006 - Phone/(415) 834-0443 - Fax

# UNITED STATES DISTRICT COURT
# Northern DISTRICT OF CALIFORNIA

LAWRENCE REYNOLDS

Plaintiff(s)

v.

GERALD VERBECK, ET AL.

Defendant(s)

CASE NUMBER: C 05 5201 CRB

SUBSTITUTION OF ATTORNEY

☐ Plaintiff  ☒ Defendant  ☐ Other

Home Depot, U.S.A., Inc.
*Name of Party*

hereby substitutes John F. Baum of Curiale Dellaverson Hirschfeld & Kraemer, LLP who is

☒ Retained Counsel  ☐ Court Appointed Counsel  ☐ Pro Per   727 Sansome Street
*Street Address*

San Francisco, CA 94111     (415) 835-9006    (415) 834-0443    148356
*City, State, Zip Code*      *Telephone Number*   *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of Michael W. Foster of Foster & Associates
*Present Attorney*

Dated: 1/3/07

*Signature of Party*
Yoko Lim    HOME DEPOT, U.S.A., INC.

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 1/2/07

*Signature of Present Attorney*
Michael W. Foster

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 12-28-06

*Signature of New Attorney*
John F. Baum

Substitution of Attorney is hereby ☐ Approved.  ☐ Denied.

Dated: January 4, 2007

United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

NOTICE TO COUNSEL: If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cand.uscourts.gov.

SUBSTITUTION OF ATTORNEY

G-01 (08/02)