**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE REYNOLDS, | No. C 05-05201 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| GERALD VERBECK, et al., | |
| Defendants. / | |

Defendants' motion to compel plaintiff's deposition and for sanctions is GRANTED. As agreed to by all parties, plaintiff shall appear for his deposition at 10:00 a.m. on February 26, 2007.

Plaintiff's counsel shall pay defendants' costs incurred in bringing this motion and attending the deposition at which neither plaintiff nor plaintiff's counsel appeared. Counsel must be able to rely on the contact information plaintiff's counsel uses on his pleadings; it is plaintiff's counsel's responsibility to keep that information current. Accordingly, plaintiff's counsel shall pay defendant Verbeck $450.00, defendant Baum $903.00, and defendant Forbes' $2090.00.

**IT IS SO ORDERED**.

Dated: Feb. 13, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\5201\orderredeposition.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California