IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE REYNOLDS,<br><br>            Plaintiff,<br><br>    v.<br><br>GERALD VERBECK, et al.,<br><br>            Defendants.       / | No. C 05-05201 CRB<br><br>**ORDER TO SHOW CAUSE** |

On February 13, 2007 the Court ordered plaintiff's counsel Thomas Burton to pay defendants' costs incurred in bringing a motion to compel plaintiff's deposition and attending the properly-noticed deposition at which neither plaintiff nor plaintiff's counsel appeared. Counsel has refused to comply with the February 13 Order.

Accordingly, plaintiff's counsel Thomas Burton is ORDERED TO SHOW CAUSE why he should not be held in contempt for violating the Court's order and why the Court should not impose civil contempt sanctions of $100 per day per defendant to coerce counsel to comply with the Court's order. Plaintiff's counsel shall appear *in person* at the show cause hearing on August 24, 2007 at 8:30 a.m. The Court will not allow him to appear by telephone. If he wishes to respond to the Order To Show Cause in writing, he shall file and serve his written response on or before July 27, 2007. The Court has already considered and rejected counsel's argument that he does not have to comply with the Court's order because

1 it is not immediately appealable.

2   The Court will hold a Case Management Conference in this action at the same time as the Show Cause hearing, 8:30 a.m. on August 24, 2007. Again, plaintiff's counsel shall appear *in person* and shall cooperate with defense counsel in submitting a case management conference statement. Plaintiff and his counsel are warned that counsel's failure to appear in person on August 24, 2007 may result in dismissal of plaintiff's action for a failure to prosecute.

**IT IS SO ORDERED**.

Dated: July 13, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\5201\ordertoshowcause.wpd   2

G:\CRBALL\2005\5201\ordertoshowcause.wpd    3