TODD BOLEY, No. 68119
ANDREW W. NOBLE, No. 245993
ERICKSON, BEASLEY & HEWITT LLP
483 Ninth Street, Suite 200
Oakland, California 94607
Telephone: (510) 839-3448; Fax: (510) 839-1622

Attorneys for Defendant
GERALD VERBECK

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE REYNOLDS, | Case No. C 05-05201 CRB |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| v. | **(F.R.C.P. 41(a)(1)(ii))** |
| GERALD VERBECK, et al., | Trial Date: None Set |
| Defendants. | Judge: Charles R. Breyer |

IT IS HEREBY STIPULATED by and between plaintiff LAWRENCE REYNOLDS and defendant DEPUTY GERALD VERBECK through their undersigned counsel that:

1. The parties have entered into a settlement pursuant to which plaintiff has agreed to dismiss the action against defendant Deputy Gerald Verbeck with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2. Defendant Deputy Gerald Verbeck shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

3. The parties shall bear their own costs and attorneys fees.

Dated: November 26, 2007

LAW OFFICES OF THOMAS L. BURTON

By: _____
Thomas M. Burton

Attorneys for Plaintiff LAWRENCE REYNOLDS

Dated: November 26, 2007

ERICKSON, BEASLEY & HEWITT LLP

By: _____
Todd Boley

Attorneys for Defendant GERALD VERBECK

**ORDER**

IT IS SO ORDERED.

Dated: November 27, 2007

_____
Charles R. Breyer
Judge of the

IT IS SO ORDERED
Judge Charles R. Breyer

Q:\Alameda County\Reynolds 1457\Pld\100407 Stip for Dismissal & Order.wpd

STIPULATION FOR DISMISSAL AND ORDER THEREON (F.R.C.P. 41(a)(1)(ii))   2   C 05-05201 CRB